**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Jay Taylor Mosher, | Case No. 2:26-cv-01066-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Anderson Voss, et al., | |
| Defendants. | |

Before this Court is pro se Plaintiff's Motion for U.S. Marshal Service, in which he asks this Court to order the U.S. Marshals to attempt service on the defendants. ECF No. 10. Federal Rule of Civil Procedure 4(c)(3) states:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

Fed. R. Civ. P. 4(c)(3). Plaintiff is neither proceeding *in forma pauperis* nor as a seaman, but he is proceeding pro se. Accordingly, this Court exercises its discretion to grant Plaintiff's motion and orders as follows:

**IT IS ORDERED** that Plaintiff's motion to request service of summons (ECF No. 10) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses to the following Defendants: Anderson Voss, Voss Automotive Group LLC, Elite Auto Dealer Inc., MeFixIt LLC, Hellmahker Motor Group LLC, K&A Custom LLC, and Camila Isaura Rezende De Souza; (2) deliver the summonses along with seven copies of the complaint (ECF No. 6) to the U.S. Marshal for service; and (3) mail Plaintiff seven blank copies of Form USM-285. Once Plaintiff receives the USM-285 forms, Plaintiff must fill in defendants' last-known addresses so that the defendants may be served.

**IT IS FURTHER ORDERED** that Plaintiff will have 30 days to fill out the required

USM-285 forms and send them to the U.S. Marshals Service. Within twenty-one days after receiving a copy of the Form USM-285 back from the U.S. Marshal showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, the Plaintiff must file a motion with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant or whether some other manner of service should be attempted

DATED: May 5, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE