**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Jay Taylor Mosher,<br>Plaintiff,<br>v.<br>Anderson Voss et al.<br>Defendants. | Case No. 2:26-cv-01066-CDS-BNW<br><br>**ORDER** |

Before this Court is Plaintiff's second renewed motion for service by the U.S. Marshals Service ("USMS") or, alternatively, service by other means. ECF No. 19. For the reasons below, this Court grants Plaintiff's request for service via the USMS.

## I. RELEVANT HISTORY

This Court granted Plaintiff's prior request for service via the USMS on May 5, 2026. ECF No. 11. Plaintiff then filed a notice that this service was unsuccessful. ECF No. 15. Plaintiff renewed his request for service via the USMS or, alternatively, service by other means. ECF No. 17. This motion was denied without prejudice, and Plaintiff was permitted to refile his motion with additional information and in compliance with applicable rules. ECF No. 18. This Court now considers Plaintiff's second renewed motion for service.

## II. LEGAL STANDARD

The Constitution does not require any particular means of service of process. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1017 (9th Cir. 2002) (citing *Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950)). Instead, it requires only that service "be reasonably calculated to provide notice and an opportunity to respond." *Id.* To that end, service of process is governed by Federal Rule of Civil Procedure ("FRCP") 4.

Among other methods, the Federal Rules permit service by U.S. marshal. FRCP 4(c)(3). The court *may* order such service upon a plaintiff's request and *must* order such service if the requesting plaintiff is proceeding in forma pauperis or as a seaman. *Id.* The Federal Rules further

state that service is proper when completed in accordance with the law of the state where the district court is located. FRCP 4(e)(1). In Nevada, service on a domestic or foreign LLC or corporation must be made on an officer, a managing or general agent, or another agent authorized by appointment or law to receive service of process for that specific entity. FRCP 4(h)(1)(B); NRCP 4.2(c).

## III. ANALYSIS

Plaintiff requests the USMS re-attempt service on Defendants. ECF No. 19 at 2. Plaintiff provides four different addresses for Defendants, three of which appear to be duplicative of addresses where service was previously attempted. *Compare* ECF No. 19 at 3 *with* ECF 14. Now, however, Plaintiff provides additional information regarding these addresses and suggests a specific time frame for service at each of the addresses. ECF No. 19 at 2-3. Accordingly, this Court exercises its discretion to grant Plaintiff's motion for service by the USMS.

Plaintiff's motion alternatively requests service by alternative means. If the renewed service attempt is once again unsuccessful, Plaintiff may refile a motion for service by alternative means. If he files such a motion, it should comply with Nev. R. Civ. P. 4.4(b).

## IV. CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's renewed motion for service by the USMS or service by alternative means (ECF No. 19) is **GRANTED** to the extent that this Court authorizes service by the USMS.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to: (1) issue summonses to the following Defendants: Anderson Voss, Voss Automotive Group LLC, Elite Auto Dealer Inc., MeFixIt LLC, Hellmahker Motor Group LLC, K&A Custom LLC, and Camila Isaura Rezende De Souza; (2) deliver the summonses along with seven copies of the complaint (ECF No. 6) to the USMS for service; and (3) mail Plaintiff seven blank copies of Form USM-285. Once Plaintiff receives the USM-285 forms, Plaintiff must fill in Defendants' last-known addresses so that they may be served. **Plaintiff should include clear instructions regarding the address(es) where each Defendant should be served and what time(s) service should be attempted.**

**IT IS FURTHER ORDERED** that Plaintiff shall have 21 days to fill out the required USM-285 forms and send them to the U.S. Marshals Service. Within 14 days after receiving a copy of the Form USM-285 back from the U.S. Marshals showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the Defendants were served.

**IT IS FURTHER ORDERED** that, if service by the U.S. Marshals Service is unsuccessful, Plaintiff may refile a motion for service by alternative means which addresses the requirements of Nev. R. Civ. P. 4.4(b). If he chooses to file such a motion, he should do so within 7 days of filing the notice above.

**IT IS FURTHER ORDERED** that Plaintiff shall have until September 29, 2026, to serve Defendants.

DATED: August 26, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE